## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50075 | **DATE** | 5/12/2008 |
| **CASE TITLE** | MARK RAISBECK vs. MICHAEL ASTRUE | | |

**DOCKET ENTRY TEXT:**

Plaintiff's petition to proceed without prepayment of fees and costs is granted. The clerk's office is directed to issue summons. Telephonic status hearing set for July 15, 2008 at 9:45 am. Defendant to initiate the call.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|